UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Catherine Ferreira

v.

Framingham Housing Authority
U.S. Dept. of Housing and Urban Development
CCO Mortgage
Citizens Financial Group Inc.

CIVIL ACTION
14-cv-40056

FILED IN CLERKS OFFICE
2014 AUG 13 P 3:05
U.S. DISTRICT COURT
DISTRICT OF MASS.

## Motion for Appointment of Counsel

The Plaintiff proceeding in forma pauperis respectfully submits this request to the court to assign Pro Bono Counsel.

The Plaintiff suffers from a mental illness that requires psychiatric medications for emotional stability and overall well being. These medicines have had detrimental effects on her cognitive abilities. The Plaintiffs disability and required medication make it extra challenging to be pro se.

Prior to submitting a civil complaint the plaintiff tried to resolve her disputes directly with the parties. When those attempts failed the Plaintiff went to governing agencies.

The Plaintiff also sought free and contingency based legal representation.

The Plaintiff recognizes that she does not have a constitutional right to Counsel but pleads with the court to assign Pro Bono Counsel in order to have a chance at fair and meaningful access to justice.

August 13, 2014

_Catherine Ferreira_
Catherine Ferreira  PRO SE

9 Fairview Road, Westborough, MA 01581

508-329-5146

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing through the Clerk's office on the 13th day of August, 2014, and that notice will be mailed to all counsel via first-class mail at the address below:

Geoffrey W. Millsom
Adler Pollock & Sheehan, PC
One Citizens Plaza 8th fl
Providence, RI 02903
Lead Attorney "Citizens"

Catherine Ferreira
———————————————
Catherine Ferreira Pro Se