UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Catherine Ferreria
_____
Plaintiff

v.

Civil Action Number  4:14-cv-40056 TSH

Framingham Housing Authority & HUD,
_____
Defendant

## LIMITED APPOINTMENT OF COUNSEL
## PURSUANT TO THE PRO SE MEDIATION PROGRAM

The Court hereby appoints the herein named attorney to represent the pro se party solely for the limited purpose of assisting the pro se party in connection with mediation proceedings in this case. Appointed counsel shall not be obligated to conduct any discovery, to prepare or respond to any motions and shall not be responsible for the trial of this case. On notice to the Court, appointed counsel may seek to end the representation of the pro se party upon completion of the mediation proceedings.

Name of Appointed Counsel: Joseph P. Franzese

Law Firm: Franzese & Franzese P.C

Street Address: 152 The Lynnway

Suite Number: 3B

City, State & Zip Code: Lynn, MA 01902

Telephone Number: 781-477-0300

I hereby acknowledge that I have read, understand and agree to the terms of this Limited Appointment of Counsel Pursuant to the Pro Se Mediation Program.

Date _____   Pro se party _____

Date  May 8, 2105                  Counsel  [signature]  BBO #547989